28, 1903, which affirmed a determination of the defendant dismissing relator from the police force of the city of New York.

*Louis J. Grant* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly and John W. Hutchinson, Jr.,* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

CHARLES W. ECKERSON, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Eckerson* v. *City of New York,* 80 App. Div. 12, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*George F. Langbein* and *William J. Walsh* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly and Edward J. McGuire* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

FREDERICK A. LYONS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Lyons* v. *City of New York,* 82 App. Div. 306, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1903, affirming a judgment in favor of defendant entered

upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Franklin Pierce* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *W. B. Crowell* of counsel), for respondent.

Judgment affirmed, with costs, on the sole ground that the salary was not increased; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

EDWARD WAGNER, by his Guardian ad Litem, LOUIS EHRHARDT, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Wagner* v. *Metropolitan Street Ry. Co.*, 79 App. Div. 591, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*Henry A. Powell* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

JAMES A. SANDLES, by his Guardian ad Litem, JOHN SANDLES, Appellant, *v.* MORRIS LEVENSON, Respondent.

*Sandles* v. *Levenson*, 78 App. Div. 306, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1903, affirming a judgment in favor of defend-